IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02547-BNB

VERNEST M. JONES,

    Plaintiff,

v.

AL ESTEP, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

## ORDER DISMISSING CASE

This matter is before the Court on the motion to dismiss that Plaintiff Vernest M. Jones submitted *pro se* and the Court filed on March 13, 2006. Mr. Jones submitted the motion in response to Magistrate Judge Boyd N. Boland's February 17, 2006, order to show cause why the complaint and instant action should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) as legally frivolous and malicious because Mr. Jones raised similar claims in this Court in another action currently pending before the Court. In the motion, Mr. Jones informs the Court that he wants to dismiss his complaint, and apologizes to the Court for having filed multiple actions raising the same issue.

The Court must construe liberally the March 13, 2006, motion to dismiss because Mr. Jones has filed the motion on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the March 13 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. See *Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion to dismiss that Plaintiff Vernest M. Jones submitted *pro se* and the Court filed on March 13, 2006, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of March 13, 2006, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 28 day of March, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02547-BNB

Vernest M. Jones
Prisoner No. 98313
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3-29-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk